■ MICHAEL DESROSIERS et al., Respondents, v SAL MASONRY CONTRACTORS, INC., Appellant, and Third-Party Plaintiff-Appellant, and WILLIAM PAHL CONSTRUCTION CO., INC., et al., Respondents, et al., Third-Party Defendant.—Order, insofar as appealed from, unanimously affirmed, with costs, for the reasons stated in memorandum decision at Supreme Court, Onondaga County, Stone, J. (Appeal from order of Supreme Court, Onondaga County, Stone, J.—amend answer, dismiss third-party complaint.) Present—Dillon, P. J., Doerr, Denman, Boomer and Pine, JJ.